UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIO ENTERTAINMENT CORPORATION,<br><br>*Plaintiff*<br><br>v.<br><br>ACE AIR ART INFLATABLE DECORATIONS STORE, ACLE STORE, ANIMATION EXPERT STORE, BINLE ADVERTISING INFLATABLE STORE, BRINGHAPPY STORE, CICI'S INFLATABLES CO., LTD., DANYANG SHANGKE INDUSTIAL & TRADE CO., LTD., DAONE STORE, DONGGUAN GMI ELECTRONIC CO., LTD., DONGGUAN QUNYI TECHNOLOGY CO., LTD., FUNNYTOY STORE, GUANGDONG TIANFENG FOOD CO., LTD., GUANGZHOU KAKI CRAFTS CO.,LTD, GUANGZHOU WOTUO TECHNOLOGY CO., LTD., GUANGZHOU YUTO ANIMATION TECHNOLOGY CO., LTD., HASBROANIME FIGURES TOY STORE, HUIZHOU YIYANG SPORTS PRODUCTDS CO., LTD., JURENQIMO STORE, KEYBOARD MOUSE MAT STORE, KIDS CLOTHES FACTORY FROM CHINA STORE, MIAYII EWS BABY STORE, MODEL CAR PARK STORE, OKWW STORE, PLSTAR COSMOS KIDS CLOTHING NO-2 STORE STORE STORE, POWELL STORE, PUFA FACTORY STORE, RAINHEMIAA 03 STORE, SHANGHAIINFLATABLE STORE, SHENZHEN BEILE INFLATABLES CO., LIMITED, SHENZHEN POTSDAM TECHNOLOGY CO., LTD., SHOP1100035186 STORE, SHOP5209001 STORE, TOBFASION DESIGN STORE, XIN LAN 66 STORE, XYXBB MODEL STORE, YANTAI DECO INFLATABLE CO., LTD., YANTAI HELLO INFLATABLES CO., LTD., YELLOWPOD B STORE, YI AN CLOTH STORE, YUN SHANG | 22-cv-4139 (JMF)<br><br>**UNSEALING ORDER** |

1

YOUPIN (HANGZHOU) TEXTILE TECHNOLOGY CO.,LTD., YUTO (GUANGZHOU) AMUSEMENT EQUIPMENT CO., LTD. and ZORORONG NO.6 STORE,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 16th day of June, 2022, at 4:45 p.m.

New York, New York

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

2