UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIO ENTERTAINMENT CORPORATION,<br><br>                      Plaintiff,<br><br>    -against-<br><br>ACE AIR ART INFLATABLE DECORATIONS STORE, et al.,<br><br>                      Defendants. | 1:22-cv-04139 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 5, 2022, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 29.  The Court's Individual Rule 3.O. requires that the plaintiff serve the motion for default judgment and supporting paperwork on the party against whom the default judgment is sought and file an affidavit of service on ECF within 14 days of the filing of the motion for default judgment.  That time has now passed and Plaintiff has not filed such proof of service on the docket.

IT IS HEREBY ORDERED that Plaintiff shall serve Defendants in the manner specified in the Temporary Restraining Order, Paragraph IV (ECF No. 8) with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **October 26, 2022.** Plaintiff shall file proof of service by **October 26, 2022.**

IT IS FURTHER ORDERED that Defendants shall file any opposition to the motion for default judgment by **November 16, 2022**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

IT IS FURTHER ORDERED that Defendants shall appear and show cause before this Court on **December 15, 2022 at 12:00 p.m.** in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B, why an order should not be issued granting a default judgment against Defendants. In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference with respect to any such appearing Defendant.

Dated: October 24, 2022
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge