

November 18, 2022

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Request **GRANTED** in part.  To accommodate Plaintiff's request and the Court's availability, the Court will adjourn the December 15, 2022 hearing to **January 17, 2023 at 12 p.m.** Plaintiff shall serve Defendants with a copy of this Order and file proof of service on the docket by **December 2, 2022**.

Dated:  November 28, 2022
           New York, New York

SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge

Re: *Rovio Entertainment Corp. v. Ace Air Inflatable Decorations Store, et al.*
    **Case No. 22-cv-4139 (JLR)**
    **Request to Adjourn Hearing**

Dear Judge Rochon,

We represent Plaintiff Rovio Entertainment Corporation ("Plaintiff") in the above-referenced action (the "Action").[1]  On October 24, 2022, the Court entered an Order, *inter alia*, scheduling a show cause hearing on December 15, 2022 at 12:00 p.m. ("Show Cause Hearing") (Dkt. 33).  Plaintiff respectfully requests an adjournment of the Show Cause Hearing and submits the following in accordance with Your Honor's Individual Rules of Practice:

1. **Original Show Cause Hearing Date:** December 15, 2022 at 12:00 p.m.
2. **Number of Previous Requests for Adjournment:** None, this is Plaintiff's first request to adjourn the Show Cause Hearing.
3. **Whether Previous Requests were Granted/Denied:** N/A.
4. **Whether Adversary Consents:** All of the Defendants in this Action are currently in default, thus Plaintiff did not seek their consent.  However, should the Court grant Plaintiff's request to adjourn the Show Cause Hearing, Plaintiff will promptly serve the Defaulting Defendants with the new date and time.
5. **Alternative Conference Dates:** Plaintiff respectfully proposes the following three (3) alternative Show Cause Hearing dates: (1) December 7, 2022 (any time before 3:00 p.m.); (2) December 12, 2022; or (3) December 6, 2022.

We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in the Complaint or Application.

Hon. Jennifer L. Rochon
November 18, 2022
Page 2 of 2



                                               Respectfully submitted,

                                               **EPSTEIN DRANGEL LLP**

                                               BY: /s/ Danielle S. Futterman
                                               Danielle S. Futterman (DY 4228)
                                               dfutterman@ipcounselors.com
                                               60 East 42nd Street, Suite 1250
                                               New York, NY 10165
                                               Telephone: (212) 292-5390
                                               Facsimile: (212) 292-5391
                                               *Attorneys for Plaintiff*
                                               *Rovio Entertainment Corporation*