

December 10, 2024

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Given the voluntary dismissal of the remaining 35 defendants in this case, the Clerk of Court is respectfully directed to CLOSE the case. Any pending motions are moot. All conferences are canceled.
>
> Dated: December 11, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Rovio Entertainment Corp. v. Ace Air Inflatable Decorations Store, et al.*
        Case No. 22-cv-4139 (JLR)
        <u>Status Letter</u>

Dear Judge Rochon,

We represent Plaintiff Rovio Entertainment Corporation ("Plaintiff") in the above-referenced action (the "Action").[1] On November 21, 2024, the Court held a status conference at which it directed Plaintiff to file a letter by December 11, 2024 regarding proposed next steps. On December 10, 2024, Plaintiff voluntarily dismissed the thirty-five (35) Defendants remaining in the Action. (Dkt. 64). Accordingly, upon Your Honor's endorsement of the same, Plaintiff respectfully submits that this Action may be terminated.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: <u>/s/ Gabriela N. Nastasi</u>
Gabriela N. Nastasi
<u>gnastasi@ipcounselors.com</u>
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Rovio Entertainment Corporation*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in the Complaint.